UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GRANTLEY PRINCE,

             Plaintiff,

   -against-

WARDEN DAVIS, et al.,

            Defendants.
------------------------------------X

09 Civ. 2461(LTS)(THK)

**ORDER**

**Pro Se**

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This case having been referred to this Court for general pretrial supervision; it is hereby ORDERED that a telephone conference shall be held on October 28, 2009 at 10:00 a.m., to discuss a schedule for completion of all pretrial activity. Defendants' counsel shall arrange with the correctional facility in which Plaintiff is incarcerated to have Plaintiff Grantley Prince, No. 241-08-00185, made available for this conference. Defendants' counsel shall initiate the conference call. The parties should be prepared to discuss settlement of this action.

So Ordered.

_____
Theodore H. Katz
United Magistrate Judge

Dated: October 13, 2009
       New York, New York