```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
GRANTLEY PRINCE,

                      Plaintiff,
                                          09 Civ. 2461(LTS)(THK)
          -against-
                                                ORDER

WARDEN DAVIS, et al.,
                                                Pro Se

                      Defendants.
-------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This case having been referred to this Court for general pretrial supervision; it is hereby ORDERED that a telephone conference shall be held on December 9, 2009 at 10:00 a.m., to discuss a schedule for completion of all pretrial activity. Defendants' counsel shall arrange with the correctional facility in which Plaintiff is incarcerated to have Plaintiff Grantley Prince, No. 241-08-00185, made available for this conference. Defendants' counsel shall initiate the conference call. The parties should be prepared to discuss settlement of this action.

So Ordered.

_____
Theodore H. Katz
United Magistrate Judge

Dated: October 28, 2009
       New York, New York